**Order entered September 4, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00685-CV

### CITY OF HEATH, Appellant

### V.

### ROBERT WILLIAMSON D/B/A PCNETSYS, Appellee

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-19-1576**

## ORDER

Before the Court is appellant's September 2, 2020 second unopposed motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 12, 2020.

/s/    ERIN A. NOWELL
         JUSTICE